O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHRYN E. CONGELLIE,<br><br>    Plaintiff,<br><br> vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | CASE NO. ED CV 12-02103 RZ<br><br>JUDGMENT |

    In accordance with the Memorandum Opinion and Order filed concurrently herewith,

    IT IS ORDERED AND ADJUDGED that the Commissioner's decision is AFFIRMED.

    DATED: October 1, 2013

                _____
                RALPH ZAREFSKY
              UNITED STATES MAGISTRATE JUDGE